CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Bad River Band of Lake Superior Chippewa
Plaintiff(s)

Civil Action No. 25-cv-4359

vs.

U.S Army Corps of Engineers
Defendant(s)

## AFFIDAVIT OF MAILING

I, Caitlyn Brandt, hereby state that:

On the 17th day of December, 2025, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S. Attorney General c/o Asst. Attorney General for Administration Justice Management Division

I have received the receipt for the certified mail, No. 9589 0710 5270 2613 6879 34 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 16th day of January, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Feb. 11, 2026
(Date)

Caitlyn Brandt
(Signature)

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Attorney General
c/o Asst Attorney General
for Administration
Justice Management Div
950 Pennsylvania Ave NW
Room 1111
Washington DC 20530

9590 9402 8074 2349 8456 93

2. Article Number *(Transfer from service label)*
9589 0710 5270 2613 6879 34

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Evie Sassok ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
JAN 16 2026

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- Mail
- Mail Restricted Delivery
- 00)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt