UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

BAD RIVER BAND OF LAKE
SUPERIOR CHIPPEWA,
*Plaintiff*

-v.-

UNITED STATES ARMY
CORPS OF ENGINEERS,
*Defendant*

and

ENBRIDGE ENERGY,
LIMITED PARTNERSHIP,
*Movant Defendant-Intervenor*

Civil Case No: 25-cv-4359

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Bad River Band of Lake Superior Chippewa ("Band"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby give notice that they are voluntarily dismissing the above-captioned action in its entirety, without prejudice.

The Band conferred with Defendant U.S. Army Corps of Engineers and Defendant-Intervenor Enbridge Energy, LP prior to filing this Notice of Voluntary Dismissal and could not reach agreement on the scope of argument. As allowed by Rule 41(a)(1)(A)(i), the Band is voluntarily dismissing the action without prejudice.

The Band is also providing this Court notice that a new complaint will be filed forthwith.

Respectfully submitted this 6th day of April 2026.

*/s/ Joseph V. Langkilde*
Joseph V. Langkilde III (DC Bar No. 90006198)
Gussie Lord (DC Bar No. 1009826)
EARTHJUSTICE
1250 I Street NW, Fourth Floor
Washington, DC 20005
Phone: (202) 667-4500
Fax: (202) 667-2356
E-mail:  jlangkilde@earthjustice.org
        glord@earthjustice.org

Christopher Meyer (NY State Bar No. 6015028)
EARTHJUSTICE
48 Wall Street, 15th Floor
New York, NY 10005
Phone: (212) 845-7376
Fax: (212) 918-1556
E-mail: cmeyer@earthjustice.org